DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MONEK A. CARR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4000

————————————————

September 6, 2023

Appeal from the County Court for Pinellas County; John D. Carballo, Judge.

Monek A. Carr, pro se.

Mary Jewel White, County Attorney, and Jeffrey N. Klein, Assistant County Attorney, Pinellas County Attorney's Office, Clearwater, for Appellee.

PER CURIAM.

　　Affirmed.

LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.